No. 90–7225. IN RE DEMOS. Motion of petitioner for reconsideration of denial of leave to proceed *in forma pauperis* [500 U. S. 16] denied.

No. 91–5050. GOLUB *v.* UNIVERSITY OF CHICAGO ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 28, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 91–5219. BRENNAN *v.* BRENNAN. Ct. App. Ohio, Cuyahoga County. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 28, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 91–5431. FORREST *v.* OCCIDENTAL PETROLEUM CORP. ET AL. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 28, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 90–1874. IN RE COURNOYER. Super. Ct. R. I.; and

No. 91–5262. IN RE NELSON. Super. Ct. D. C. Petitions for writs of common-law certiorari denied.